Rochester Savings Bank, Respondent, v. Beaman Catto, Appellant.

Commercial Bank, Respondent, v. Beaman Catto, Appellant.

Commercial Bank, Respondent, v. Beaman Catto, Appellant.— Appeals dismissed, with costs. All concurred.

McCormick Harvesting Machine Company, Respondent, v. Eugene Warfield, Appellant. — Motion denied. All concurred.

The W. H. Kurtz Company and the People's Bank of Buffalo, Respondents, v. William W. Teall, Appellant, Impleaded with Others. — Judgment affirmed, with costs. All concurred. McLennan, J., not sitting.

Leopold Schmitt, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with costs. All concurred.

Thomas Sexsmith, Appellant, v. Henry H. Mills, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

John Nusbaumer, Respondent, v. Samuel Jackson, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. All concurred.

James Petrie, Respondent, v. William H. Enos, as Sheriff of Oswego County, Appellant.— Judgment affirmed, with costs. All concurred.

John P. Morse, as Receiver, etc., of Joseph Pease, Respondent, v. Joseph Pease and Mary Pease, his Wife, Appellants.— Judgment affirmed, with costs. All concurred. Adams, J., not sitting.

Alexander McDonnell, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Motions denied, with ten dollars costs. All concurred.

The Hough Cash Recorder Company, Appellant, v. John S. Mowry, Respondent.— Motion denied, with ten dollars costs. All concurred.

Anna E. Munson, Respondent, v. The Genesee Iron and Brass Works, Defendant, and Others, Appellants.— Motion denied, with ten dollars costs. All concurred.

Henry H. Lyman, as State Commissioner of Excise, v. Frank Matty.— Motion denied, with ten dollars costs.

In the Matter of the Voluntary Dissolution of the Buffalo Ice Company.— Motion denied, without prejudice to an application at Special Term.